818

No. 75–1484. LUBRANO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1486. WHITAKER, AKA WITTAKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1487. EVANS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1494. SCHENKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–1497. ACUPUNCTURE CENTER OF WASHINGTON ET AL. *v.* USERY, SECRETARY OF LABOR, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 75–1499. BUSSE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 75–1501. IVEY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1505. A. W. THOMPSON, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 75–1506. HONDO DRILLING CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 5th Cir. Certiorari denied.

No. 75–1508. FEDDERS CORP. *v.* FEDERAL TRADE COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 75–1514. PESKIN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 75–1520. WANGRUD *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.